UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CANDICE KATIE TOWNER,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK O. SILVER,<br><br>Defendant. | Case No. 2:20-CV-0695-KJD-NJK<br><br>**ORDER** |

Before the Court for consideration is the Order and Report and Recommendation (#3) of Magistrate Judge Nancy J. Koppe entered June 29, 2020, recommending that Plaintiff's action be remanded to the Family Division of the Nevada Eighth Judicial District Court for lack of jurisdiction. Defendant filed Objections (#5) to the report and recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The magistrate judge correctly determined that Defendant's Notice of Removal was untimely by several years. Defendant's assertion that that Judge Koppe lacks the authority to make a report and recommendation defies federal statute and the Local Rules. The Court determines that the Report and Recommendation (#3) of the United States Magistrate Judge entered June 29, 2020, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered June 29, 2020, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's action is **REMANDED**;

///

///

///

1    IT IS FURTHER ORDERED that Defendant's Motion Challenging Authority of the
2    Magistrate Judge (#5) is **DENIED**.
3    DATED this 6th day of January 2021.

_____
The Honorable Kent J. Dawson
United States District Judge